

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00257-CV

Michael **SHANNON,** Director of Development Services Department, City of San Antonio, Texas; and City of San Antonio, Texas,
Appellants

v.

Arlene W. **BLAIR** and Plaintiff Class Petitioners,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23022
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellees' brief was originally due November 8, 2021. On November 15, 2021, appellees filed a motion requesting an extension of that deadline until December 17, 2021. After consideration, we **GRANT** the motion and **ORDER** appellees to file their brief **by December 17, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court